# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JACKSON, KEY AND ASSOCIATES, LLC,** | : | |
|     **Plaintiff,** | : | |
| **vs.** | : | CA 18-00322-KD-C |
| **BEAZLEY INSURANCE COMPANY,** | : | |
|     **Defendant.** | : | |

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 30, 2018 is **ADOPTED** as the opinion of this Court.

**DONE** this 20th day of December, 2018.

s/ Kristi K. DuBose
**CHIEF UNITED STATES DISTRICT JUDGE**